IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC AHLENIUS, | No. CIV S-10-0009-CMK-P |
| Petitioner, | |
| vs. | ORDER |
| RICHARD B. IVES, | |
| Respondent. | |
| _____/ | |

       Petitioner, a federal prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. According to petitioner, he was convicted in January 2000 following a guilty plea of violating 21 U.S.C. § 841(a)(1) and (b)(1)(B). Petitioner states that, over his objection, he was sentenced to 188 months as a "career offender." In the instant petition, petitioner argues that, pursuant to the recent Supreme Court decision in Chambers v. United States, 129 S.Ct. 687 (2009), he "is actually and factually innocent of being a career offender."

/ / /

/ / /

/ / /

1  The court finds that petitioner's action is a challenge to his sentence which should
2  be addressed in the first instance by the sentencing court under 28 U.S.C. § 2255.  Petitioner was
3  advised as much by Judge Babcock of the District of Colorado in a June 2, 2009, order in which
4  the judge stated: "Moreover. . . , a prisoner may not challenge a sentence or conviction for which
5  he is currently in custody through a writ of corum nobis, . . . when other remedies exist, such as a
6  motion under 28 U.S.C. § 2255."  In the interest of justice, the court will transfer this matter to
7  the United States District Court for the District of Colorado to be considered as a § 2255 motion.
8  See 28 U.S.C. § 1631.  The Clerk of the Court is directed to close the matter on this court's
9  docket.

10  IT IS SO ORDERED.

12  DATED: May 20, 2010

                                        _____
14                                      **CRAIG M. KELLISON**
                                        UNITED STATES MAGISTRATE JUDGE